IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal No. 04-CR-00442-REB

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. MATTHEW DEWAYNE JARAMILLO,

Defendant.

## MINUTE ORDER RESETTING STATUS CONFERENCE

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The above-named Defendant was previously set for a status conference before the duty Magistrate Judge in Denver, Colorado on May 4, 2012 at 2:30 p.m. to meet with the Federal Public Defender assigned to his case.

**IT IS HEREBY ORDERED** that the status conference previously scheduled for May 4, 2012 at 2:30 p.m. is VACATED and **RESCHEDULED to May 11, 2012 at 2:30 p.m.**

**DATED: May 1, 2012.**

>BY THE COURT:
>
>s/David L. West
>United States Magistrate Judge